E-FILED
Tuesday, 06 December, 2005  02:59:29 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 05-30090 |
| | ) | |
| ADAN MOEDANO-GONZALEZ, | ) | |
| | ) | |
| Defendant. | ) | |

## OPINION

RICHARD MILLS, U.S. District Judge

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the Defendant's plea of guilty to the Indictment is hereby accepted and the Defendant is adjudged guilty of such offense(s).

The Court will defer a decision on the Plea Agreement pending review of the Presentence Investigation Report. Sentencing is hereby scheduled for March 6, 2006, at 2:30 p.m.

IT IS SO ORDERED.

ENTERED: December 6, 2005

FOR THE COURT:          s/ Richard Mills
                        United States District Judge